**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 73.39.176.224**

**ISP:** Comcast Cable
**Physical Location:** Baltimore, MD

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/17/2019 22:37:53 | FB84F005B198570DEBC57B02B615249FA6C669E2 | Fashion Show Fucking |
| 01/17/2019 22:35:05 | 54B648804E95E8D671D0700841FD341DF06E523F | SEX after WORK |
| 01/17/2019 22:34:42 | BB8A65BBAE1F6002EEF27D32B1F06F71816E3F4B | In Love or Lust |
| 12/04/2018 22:47:35 | 8EF3922426D4733FB2D6F9DFD544C151A1B85222 | Hot Euro Brunettes |

**Total Statutory Claims Against Defendant: 4**

EXHIBIT A

MD745